# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| JOSEPH PIRELA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ILEANA ROS-LEHTINEN, HOUSE OF ) <br> REPRESENTATIVE, THE CONGRESS ) <br> OF THE UNITED STATES OF ) <br> AMERICA, WASHINGTON DC, ) <br> HOSE OF PROSTITUTION UNKNOWN ) <br> BAR OF HOMOSEXUALS, Sex Workers ) <br> Transvestitutes-Prostitutes, ALOYMA ) <br> SANCHEZ, THOMAS WILLIAMS, ) <br> MIAMI POLICE DEPARTMENT, THE ) <br> STATE OF FLORIDA PROCEEDINGS ) <br> PROSECUTIONS, UNKNOWN BAR OF ) <br> HOMOSEXUALS, SEX WORKERS 33 ) <br> HEALTH CARE BAKER ACT OF ) <br> JACKSON HOSPITAL, (4) ) <br> TRANSVESTITE MATTHEW JOHN ) <br> PROSTITUTE HOMOSEXUAL, DAVID ) <br> COUNTIN, (1) Client, DON SMITH, ) <br> DENIS FONSECA, ANGEL MIRANDA, ) <br> CARLOS ALVAREZ, CITY OF MIAMI, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:17-CV-541-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. Plaintiff's other motions [D.E. 11, 17, 22, 26] are DENIED. The clerk shall close the case.

**This Judgment Filed and Entered on December 14, 2017, and Copies To:**

Joseph Pirela                                  (Sent to 2317 Fox Ridge Manor Dr., Raleigh, NC 27610 via US Mail)

DATE:                              PETER A. MOORE, JR., CLERK

December 14, 2017                  (By) /s/ Nicole Briggeman
                                         Deputy Clerk